I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-14-15

DEPUTY CLERK

JS6 Entered

FILED
CLERK, U.S. DISTRICT COURT
JAN 14 2015
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY CRUZ ALVAREZ,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>J. SOTO, Warden,<br><br>　　　　Respondent. | Case No. CV 14-9844-RGK (RNB)<br><br>**J U D G M E N T** |

　　　In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

　　　IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: JAN 8 2015

　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE